**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Seledonio Bryant, | ) | Case No. 4:07-cr-022 |
| | ) | |
| Defendant. | ) | |

On April 24, 2007, pursuant to a Plea Agreement, the Defendant entered a guilty plea to the Indictment. Appearing for and on behalf of the Government was Assistant U.S. Attorney Rick Volk. Appearing with and on behalf of the Defendant was Attorney Orell Schmitz. The Court accepted the plea of guilty. The conditions set forth in Magistrate Judge Miller's March 9, 2007, Order Setting Conditions of Release (Docket No. 12) shall be continued until the occurrence of the first of the following events – release from detention by the US Air Force, or July 23, 2007, the date of the sentencing.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2007.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court